UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    Case No. 15 B 15132

    Andre Thomas Franks

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2015.

2) The plan was confirmed on 07/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/09/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 09/07/2017.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,756.00 |
| Less amount refunded to debtor | $1,076.53 |

**NET RECEIPTS:** $13,679.47

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $541.20 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,541.20

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 77th Street Depot Federal Credit Union | Unsecured | 4,696.00 | 5,233.24 | 5,233.24 | 0.00 | 0.00 |
| ACL | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| Avant Grande Prop. | Unsecured | 3,950.00 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC Assignee of Capital O | Unsecured | 901.00 | 907.12 | 907.12 | 0.00 | 0.00 |
| Chicago Patrolmen's Fed Credit Union | Unsecured | 1,150.00 | 968.04 | 968.04 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 500.00 | 572.18 | 572.18 | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 385.00 | 291.64 | 291.64 | 0.00 | 0.00 |
| Credit ONE BANK NA | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 371.00 | 287.08 | 287.08 | 0.00 | 0.00 |
| DH Medical Group | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 0.00 | 461.78 | 461.78 | 0.00 | 0.00 |
| First Investors Servicing Corp | Unsecured | NA | 539.75 | 539.75 | 0.00 | 0.00 |
| First Investors Servicing Corp | Secured | 13,410.00 | 13,949.75 | 13,410.00 | 6,307.73 | 1,135.84 |
| First Premier BANK | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,754.00 | 1,764.48 | 1,764.48 | 0.00 | 0.00 |
| Illinois Dept of Employment Security | Unsecured | 0.00 | 1,547.00 | 1,547.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,090.00 | 99.85 | 99.85 | 77.44 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 331.00 | 1,001.68 | 1,001.68 | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 710.00 | 545.55 | 545.55 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,133.00 | 3,309.67 | 3,309.67 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,260.00 | 2,085.31 | 2,085.31 | 1,617.26 | 0.00 |
| Legacy Loan LLC | Unsecured | 100.00 | 1,175.70 | 1,175.70 | 0.00 | 0.00 |
| Midwest Eye Center, SC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | 445.45 | 445.45 | 0.00 | 0.00 |
| NPRTO Illinois LLC | Unsecured | 1,022.00 | 1,121.98 | 1,121.98 | 0.00 | 0.00 |
| Pangea Ventures LLC | Unsecured | 1,120.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,390.00 | 1,491.91 | 1,491.91 | 0.00 | 0.00 |
| PNC Bank | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 206.00 | 244.07 | 244.07 | 0.00 | 0.00 |
| Speedy CASH 128 | Unsecured | 1,679.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Starr Bejgiert Zink & Rowells | Unsecured | 2,750.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Unsecured | 632.00 | 631.45 | 631.45 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 10,826.00 | 11,172.83 | 11,172.83 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,410.00 | $6,307.73 | $1,135.84 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,410.00** | **$6,307.73** | **$1,135.84** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,185.16 | $1,694.70 | $0.00 |
| **TOTAL PRIORITY:** | **$2,185.16** | **$1,694.70** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,712.60** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,541.20 |
| Disbursements to Creditors | $9,138.27 |
| **TOTAL DISBURSEMENTS:** | **$13,679.47** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/13/2017　　　　　　　　　　　By: /s/ Marilyn O. Marshall  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**